UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELIJAH JOHNSON AKA E'JAI BEY,

                Plaintiff,

                -against-

YONKERS CITY COURT; WESTCHESTER COUNTY JAIL F.,

                Defendants.

22-CV-0049 (LTS)

CIVIL JUDGMENT

    Pursuant to the order issued April 4, 2022, dismissing the complaint,

    IT IS ORDERED, ADJUDGED, AND DECREED that the complaint is dismissed under the doctrine of *Younger* abstention.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:    April 4, 2022
             New York, New York

                                              /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                            Chief United States District Judge